UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:22cr164-MOC |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| CHRISTON JERMAINE BREWER | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant, Christon Jermaine Brewer, (BREWER) was a resident of Monroe, North Carolina.

2. From October 2018 through on or about June 2022, in Mecklenburg and Union Counties, and elsewhere, BREWER, with the intent to defraud, did knowingly and intentionally devise a scheme and artifice to defraud and obtain money by making materially false representations and promises, for the purpose of executing such scheme and artifice to defraud. Specifically:

    a. BREWER misrepresented to investors that he would he would invest money provided on their behalf with guaranteed returns.

b. BREWER represented, including via text message, that the investments would be made in the stock market or in a cannabis store when they were not.

3. In the course of the scheme to defraud, BREWER did cause to be transmitted by means of wire communication in interstate commerce any writing, signal, or sound, to wit, BREWER, while located in Mecklenburg County, North Carolina, did send or cause to be sent text messages and online money transfers from victim-investors and various money transfer apps and their intermediaries in other States.

DENA J. KING
UNITED STATES ATTORNEY

*Jenny Sugar*
Jenny G. Sugar
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_Kevin A. Tate_   DATED: 6/21/2023
Kevin Tate, Attorney for Defendant